**GREENLEE COUNTY, ARIZONA, petitioner, v. UNITED STATES.**

No. 07–621.

Jan. 14, 2008.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.